UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROSS GILLEY,<br><br>    Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN,<br><br>    Respondent. | No. 2: 18-cv-1162 KJN P<br><br><br>ORDER |

       Petitioner is a state prisoner, proceeding pro se, with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee. In light of the complexity of the legal issues involved, the court has determined that the interests of justice require appointment of counsel. See 18 U.S.C. § 3006A(a)(2)(B); see also Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983).

       Accordingly, IT IS HEREBY ORDERED that:

       1. The Federal Defender is appointed to represent petitioner.

       2. Petitioner's counsel shall contact the Clerk's Office to make arrangements for copies of documents in the file.

       3. A status conference is set for August 30, 2018, at 10:00 a.m., before the undersigned.

       4. All parties shall appear at the status conference by counsel.

       5. Fourteen days prior to the conference, the parties shall file and serve status reports

1

which address the timing and order of the following matters:

      a. Discovery and investigations;

      b. Anticipated motions;

      c. The need for and timing of an evidentiary hearing;

      d. Enumeration and resolution of unexhausted claims; and

      e. Possible future amendments to the pleadings.

The parties are advised that failure to timely file a status report may result in sanctions.

    6. The Clerk of the Court shall serve a copy of this order, the form Consent to Proceed Before a United States Magistrate Judge, and a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Tami Krenzin, Supervising Deputy Attorney General *and* the office of the Federal Defender, attention: Habeas Appointment.

Dated: June 14, 2018

                          KENDALL J. NEWMAN
                          UNITED STATES MAGISTRATE JUDGE

Gill1162.app