UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROSS GILLEY,<br><br>            Petitioner,<br><br>    v.<br><br>RAYMOND MADDEN,<br><br>            Respondent. | No. 2: 18-cv-1162 KJN P<br><br>ORDER |

Petitioner is a state prisoner proceeding with a habeas corpus petition pursuant to 28 U.S.C. § 2254. Petitioner paid the filing fee. On June 14, 2018, the court appointed counsel to represent petitioner. (ECF No. 7.) Because counsel has been appointed, petitioner is directed to file an application to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner is directed to file an application to proceed in forma pauperis within fourteen days of the date of this order;

2. The Clerk of the Court is directed to send petitioner the form for an application to proceed in forma pauperis;

////

////

////

1

3. The Clerk of the Court is directed to serve a copy of this order on petitioner himself.

Dated: June 20, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gill1162.ifp.(kc)