IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JASON ROSS GILLEY, | ) | Case No. 2:18-cv-01162-KJN |
| Petitioner, | ) | **ORDER** |
| v. | ) | |
| RAYMOND MADDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that

    1. BENJAMIN P. RAMOS, Attorney at Law, shall be substituted in as counsel appointed on behalf of Movant JASON ROSS GILLEY, in place of the Office of the Federal Defender for the Eastern District of California.

    2. The Clerk of the Court shall serve a copy of this order on the Federal Defender's office, and Benjamin P. Ramos, Law Office of Benjamin Ramos, benjamin_ramos@comcast.net.

Dated: July 18, 2018

_Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gill1162.sub

-1-