UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROSS GILLEY, | No. 2: 18-cv-1162 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| RAYMOND MADDEN, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On August 30, 2018, a status conference was held before the undersigned. Benjamin Ramos appeared on behalf of petitioner. Angelo Edralin appeared on behalf of respondent.

Following the status conference, the court ORDERED that on or before noon on September 14, 2018, the parties shall file a proposed joint briefing schedule.

Dated: September 5, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Gill1162.oah

1