UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON ROSS GILLEY,<br><br>Petitioner,<br><br>v.<br><br>RAYMOND MADDEN,<br><br>Respondent. | No. 2:18-cv-1162 JAM KJN P<br><br><br><br>ORDER |

Petitioner is a state prisoner, proceeding through counsel, with a habeas corpus petition pursuant to 28 U.S.C. § 2254. On September 14, 2018, the parties filed a joint status report. After reviewing the status report, the undersigned ORDERS that:

1. On or before January 11, 2019, petitioner shall file an amended petition or supplemental briefing in support of the original petition; respondent's answer is due within sixty days thereafter; petitioner's reply to the answer is due thirty days thereafter;

2. Petitioner is granted sixty days from the date of this order to file any motions related to discovery.

Dated: September 27, 2018

Gill1162.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1